# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SCOTT HONAKER** : | |
| : | |
| *On behalf of himself and those* : | Case No. 2:18-CV-1528 |
| *similarly situated*, : | |
| : | Chief Judge Algenon L. Marbley |
| **Plaintiff,** : | |
| : | Magistrate Judge Deavers |
| **v.** : | |
| : | |
| **WRIGHT BROS. PIZZA, INC.,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Resend Notice. (ECF No. 33). Pursuant to this Court's January 13, 2020 Order (ECF No. 23), Plaintiff disseminated notices to 346 putative opt-in Plaintiffs to this FLSA collective action on February 20, 2020. (ECF No. 33 at 1). Plaintiff indicates that approximately 80 notices were returned as undeliverable. (*Id.*). The Parties now request permission to resend notices to any of those putative opt-in Plaintiffs for whom Plaintiff is able to obtain updated addresses and allow those individuals 30 days to submit their Consent to Join form. (*Id.* at 1-2). The Parties submit this joint Motion and represent that they will continue to exchange information for purposes of discussing a potential resolution to the case while the notices are being resent, and thus their request will cause no delay or prejudice. (*Id.* at 2). For these reasons, the Parties' Joint Motion to Resend Notice is **GRANTED.**

IT IS SO ORDERED.

                                                  **ALGENON L. MARBLEY**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**

**DATE:  June 26, 2020**